# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| EDUARDO ESTRADA, | Case No.: 20-CV-0311 W (BLM) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 33]** |
| v. | |
| FCA US LLC, | |
| Defendant. | |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 33] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: January 5, 2021

_____
Hon. Thomas J. Whelan
United States District Judge